# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00607-CV

**David Thompson, Appellant**

**v.**

**Melissa Banning, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 260390, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David Thompson and appellee Melissa Banning have filed a joint motion to dismiss the appeal, stating that they have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

David Puryear, Justice

Before Chief Justice Law, Justices Kidd and Puryear

Dismissed on Joint Motion

Filed: November 4, 2004